# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

HENRY G. CARTER, an individual,

        Plaintiff,

v.

INDEPENDENT PRODUCTIONS, INC., a Pennsylvania corporation, and **GEORGE THOROGOOD & THE DESTROYERS, INC.**, a Pennsylvania corporation,

        Defendants.

**SUMMONS IN A CIVIL CASE**
CASE NUMBER: 07-418 (JJF)

TO:   George Thorogood & The Destroyers, Inc.
       c/o Delaware Secretary of State
       R.D. 1, Box 216
       London Tract Road
       Landenberg, PA 19350

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS:

       James D. Heisman, Esq.
       Josiah R. Wolcott, Esq.
       CONNOLLY BOVE LODGE & HUTZ LLP
       1007 North Orange Street
       P. O. Box 2207
       Wilmington, DE 19899

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

OCT 0 4 2007

**PETER T. DALLEO**
CLERK                                                  DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| NAME OF SERVER *(PRINT)* Edward James | DATE October 11, 2007 |
| | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Secretary of State, 401 Federal Street Dover De 19901 Service Accepted by Cecil Ascione at 1:30 p.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-11-07
Date

Signature of Server: Edward J James

Address of Server: 15 East Ninth Street Dover DE 19901

@PFDesktop\::ODMA/MHODMA/IMANDMS;CB;568227;1