# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

HENRY G. CARTER, an individual,

### Plaintiff,

v.

INDEPENDENT PRODUCTIONS, INC.,
a Pennsylvania corporation, and GEORGE
THOROGOOD & THE DESTROYERS,
INC., a Pennsylvania corporation,

### Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:07-418 (JJF)

TO:    Independent Productions, Inc.
       c/o Delaware Secretary of State
       Neil B. Fischer, Esquire
       Isaacman, Kaufman & Painter
       8484 Wilshire Boulevard, Suite 850
       Beverly Hills, CA 90211

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS:

James D. Heisman, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK

10/15/07

DATE

_(signature)_

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| *Edward Jones*<br>NAME OF SERVER *(PRINT)* | DATE *10/17/07*<br>TITLE *Process Server* |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: *Secretary of State of Delaware, 401 Federal Street, Dover, DE 19901. Service was accepted by Bail Ascione at 11:57am.*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify)*: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *10/17/07*
Date

*Edward Jones I*
Signature of Server

*15 E. North St., Dover, DE 19901*
Address of Server

@PFDesktop\::ODMA/MHODMA/IMANDMS;CB;570226;1