IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HENRY G. CARTER, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 07-418 (JJF) |
| | ) | |
| INDEPENDENT PRODUCTIONS, INC., | ) | JURY OF TWELVE DEMANDED |
| a Pennsylvania corporation, and | ) | |
| GEORGE THOROGOOD & THE | ) | |
| DESTROYERS, INC., a Pennsylvania | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**PROOF OF SERVICE OF COMPLAINT UPON DEFENDANT
INDEPENDENT PRODUCTIONS, INC., PURSUANT TO 10 *DEL.C.* § 3104**

Plaintiff Henry G. Carter ("Carter") hereby provides proof of service of the process and complaint upon Defendant Independent Productions, Inc. pursuant to 10 *Del.C.* § 3104 by filing the receipt for registered mail and return receipt. The receipt for registered mail and return receipt as attached hereto as Exhibit A. Attached as Exhibit B is the Affidavit of James D. Heisman, Esq., regarding Defendant's non-residence and the sending of the process and complaint with the notice required by 10 *Del.C.* § 3104.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ James D. Heisman*
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated: November 9, 2007

574019



| Registered No. RB 972 231 895 US | | Date Stamp |
|---|---|---|
| Reg. Fee 9.50 | | USPS RODNEY SQ STA OCT 18 2007 WILMINGTON DE 19801 |
| Handling Charge | Return Receipt 2.15 | |
| Postage .92 | Restricted Delivery | |
| Received by [signature] | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | |

OFFICIAL USE

FROM: J. Heisman ESQ CBLH
P.O Box 2207
Wilm, DE 19899

TO:
Independent Productions, Inc.
c/o Neil B. Fischer, Esq.
Isaacman, Kaufman & Painter
8484 Wilshire Boulevard, Suite 850
Beverly Hills, CA 90211

PS Form 3806, Receipt for Registered Mail      Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Independent Productions, Inc.
c/o Neil B. Fischer, Esq.
Isaacman, Kaufman & Painter
8484 Wilshire Boulevard, Suite 850
Beverly Hills, CA 90211

2. Article Number (Transfer from service label)  RB 972 231 895 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): C. Copes
C. Date of Delivery: 10.29

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

# EXHIBIT B

## AFFIDAVIT OF JAMES D. HEISMAN, ESQUIRE

I, James D. Heisman, being duly sworn according to law do depose and say:

1. I am the attorney for Plaintiff Henry G. Carter.

2. To the best of my knowledge, Independent Productions, Inc. ("Defendant") is represented by Neil B. Fischer, Esq., Isaacman, Kaufman & Painter, 8484 Wilshire Boulevard, Suite 850, Beverly Hills, CA 90211.

3. On October 17, 2007, Edward J. Jones, of Parcels, Inc. served the summons and complaint upon Defendant by serving the Delaware Secretary of State.

4. On October 18, 2007, I mailed, by registered mail, return receipt requested, the summons and complaint with the notice required by 10 *Del.C.* § 3104 to Defendant in care of Neil B. Fischer, Esq., Isaacman, Kaufman & Painter, 8484 Wilshire Boulevard, Suite 850, Beverly Hills, CA 90211.

5. Defendant subsequently received the registered letter containing the summons and complaint at the address listed in Paragraph 2, above. I have attached hereto as Exhibit A the return receipt (i.e., the green card) indicating Defendant's receipt of the summons and complaint.

6. On November 1, 2007, I received the return receipt from the post office.

_____
James D. Heisman (# 2746)

SWORN TO AND SUBSCRIBED before me, a Notary Public, this 9th day of November, 2007.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Nathino Johnson Washington, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 29, 2008

- 2 -

574019