IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HENRY G. CARTER, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-418- JJF |
| | ) | |
| INDEPENDENT PRODUCTIONS, INC., | ) | |
| a Pennsylvania corporation, and | ) | |
| GEORGE THOROGOOD & the | ) | |
| DESTROYERS, INC., a Pennsylvania | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Gordon P. Katz to represent Defendants Independent Productions, Inc. and George Thorogood & The Destroyers, Inc., in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 will be submitted to cover the annual fee for the attorney listed above.

ASHBY & GEDDES

*/s/ Richard I.G. Jones, Jr.*

Richard I.G. Jones, Jr. (#3301)
John G. Day (#2403)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
rjones@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Defendants Independent Productions, Inc. and George Thorogood & The Destroyers, Inc.*

Dated: November 26, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: November _____, 2007

_____
THE HONORABLE JOSEPH J. FARNAN
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Massachusetts and, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: *Gordon P. Katz*

Date: November 26, 2007

Gordon P. Katz, Esquire
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
Telephone: 617-573-5839
Facsimile: 617-523-6850
Gordon.katz@hklaw.com

Counsel for Defendants