IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HENRY G. CARTER, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-418-JJF |
| | ) | |
| INDEPENDENT PRODUCTIONS, INC., | ) | |
| a Pennsylvania corporation, and | ) | |
| GEORGE THOROGOOD & the | ) | |
| DESTROYERS, INC., a Pennsylvania | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER EXTENDING DATE TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT

By and through their undersigned attorneys, the parties herein, plaintiff Henry G. Carter and defendants Independent Productions, Inc. and George Thorogood & the Destroyers, Inc. (collectively, "Defendants"), hereby stipulate and agree that the date upon which Defendants are to answer, move, or otherwise respond to the Complaint in this action shall be extended so that, absent further extension, Defendants shall now be required to move, answer or otherwise respond to the Complaint on or before February 1, 2008.

CONNOLLY BOVE LODGE
& HUTZ, LLP

*/s/ James D. Heisman*

_____
James D. Heisman  (I.D. #2746)
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
jheisman@cblh.com
*Counsel for Plaintiffs*

186138.1

ASHBY & GEDDES

*/s/ Richard I. G. Jones, Jr.*

_____
Richard I. G. Jones, Jr. (#3301)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (ID #3950)
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801
(302) 654-1888
rjones@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
*Counsel for Defendants*

*OF COUNSEL:*
Gordon P. Katz
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

SO ORDERED this _____ day of _____, 2007.


_____
United States District Judge