IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HENRY G. CARTER, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 07-418 (JJF) |
| ) | |
| INDEPENDENT PRODUCTIONS, INC., ) | JURY OF TWELVE DEMANDED |
| a Pennsylvania corporation, and ) | |
| GEORGE THOROGOOD & THE ) | |
| DESTROYERS, INC., a Pennsylvania ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

**PROOF OF SERVICE OF COMPLAINT UPON DEFENDANT
GEORGE THOROGOOD & THE DESTROYERS, INC.,
PURSUANT TO 10 *DEL.C.* § 3104**

Plaintiff Henry G. Carter ("Carter") hereby provides proof of service of the process and complaint upon Defendant George Thorogood & The Destroyers, Inc. pursuant to 10 *Del.C.* § 3104 by filing the receipt for registered mail and return receipt. The receipt for registered mail and the return receipt are attached hereto as Exhibit A. Attached as Exhibit B is the Affidavit of James D. Heisman, Esq., regarding Defendant's non-residence and the sending of the process and complaint with the notice required by 10 *Del.C.* § 3104.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ James D. Heisman*
James D. Heisman (# 2746)
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated: December 3, 2007

577852



# EXHIBIT A

| Registered No. RB972232471US | | Date Stamp |
|---|---|---|
| Reg. Fee 9.50 | $9.50 | 0501 |
| Handling Charge $0.00 | Return Receipt 2.15 $2.15 | 11 |
| Postage .31 $1.31 | Restricted Delivery $0.00 | 11/05/07 |
| Received by  GB | | |
| Customer Must Declare Full Value $ 0.00 | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | |

OFFICIAL USE

FROM:
James D. Heisman, Esq.  19801
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899

TO:
George Thorogood & The Destroyers, Inc.   KEMBLESVILLE PA 19347
c/o William A. Hutchings, CPA
1801 New London Road
Kemblesville, PA 19347

PS Form 380                                                                       1 - Customer
May 2007 (7530-02-000-9051)                                        (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

George Thorogood & The Destroyers, Inc.
c/o William A. Hutchings, CPA
1801 New London Road
Kemblesville, PA 19347

JDH 12459*1

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Lew Indellini
C. Date of Delivery: 11/27/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): RB 972-232-471-US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT B

## AFFIDAVIT OF JAMES D. HEISMAN, ESQUIRE

I, James D. Heisman, being duly sworn according to law do depose and say:

1. I am the attorney for Plaintiff Henry G. Carter.

2. To the best of my knowledge, George Thorogood & The Destroyers, Inc. ("Defendant") has an address of c/o William A. Hutchings, CPA, 1801 New London Road, Kemblesville, PA 19347.

3. On November 2, 2007, Edward J. Jones, of Parcels, Inc. served the summons and complaint upon Defendant by serving the Delaware Secretary of State.

4. On November 5, 2007, I mailed, by registered mail, return receipt requested, the summons and complaint with the notice required by 10 *Del.C.* § 3104 to Defendant in care of William A. Hutchings, CPA, 1801 New London Road, Kemblesville, PA 19347. I have attached hereto as Exhibit A the return receipt (i.e., the green card) indicating Defendant's receipt of the summons and complaint.

5. On November 28, 2007, I received the return receipt from the post office.

_____
James D. Heisman (# 2746)

SWORN TO AND SUBSCRIBED before me, a Notary Public, this 3rd day of December, 2007.

_____
Notary Public

Nancy J. Douglas
Notary Public
State of Delaware
My commission expires January 23, 2008