Index No. C.A. NO. 07-418 (JJF)
Filed on

UNITED STATES DISTRICT COURT

HENRY G. CARTER

-against-

INDEPENDENT PRODUCTIONS, INC., a Pennsylvania corporation, et al.

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF SUFFOLK: CLAUDE BROWN, being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of New York. That on 5/23/2008 , at 10:56 AM, at C/O CORPORATE COMMUNICATIONS DEPARTMENT, 150 FIFTH AVENUE NEW YORK, NY 10011, I served the **JURY OF TWELVE DEMANDED** bearing Index # C.A. NO. 07-418 (JJF), Upon **EMI MUSIC NORTH AMERICA**

[ ] INDIVIDUAL
by personally delivering a true copy thereof to said recipient, known by deponent to be said person named therein.

[X] AGENCY / BUISNESS ENTITY
A Domestic Corporation, by delivering thereat a true copy of each to ALASDAIR J. MCMULLAN, SENIOR VP, known by deponent to be an authorized agent of the recipient named therein.

[ ] SUITABLE AGE PERSON
by delivering a true copy of each to a person of suitable age and discretion, to wit: , , who verified that the intended recipient actually resides at this location.

[ ] AFFIXING TO DOOR
by affixing a true copy of each to the door of said premises, which is recipients actual dwelling house (usual place of abode). Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the dates and times below: Deponent verified that recipient lives at said premises with , .

[ ] MAILING COPY
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to recipient at C/O CORPORATE COMMUNICATIONS DEPARTMENT, 150 FIFTH AVENUE NEW YORK, NY 10011 and mailed same by First Class by depositing in an official depository under exclusive care and custody of the U.S. Postal Service in the State of New York on .

[X] DESCRIPTION
Sex: Male; Color: White; Hair: Blonde; Approx. Age: 40-44; Approx. Height: 6'1"; Approx. Weight: 190; Other: Glasses

[ ] WITNESS FEE
Deponent tendered to the recipient $ as witness, traveling, or other statutory fee.

[ ] MILITARY SERVICE
Deponent asked the person spoken to whether the recipient was presently on active duty or dependent on someone who was on active duty in the military service of the United States and was informed that he/she was not.

Sworn to before me on 5/27/2008 :

CHRISTINE M HANSON
Notary Public - State of New York
NO. 01HA6162668
Qualified in Suffolk County
My Commission Expires 3/12/11

CLAUDE BROWN
NYC License # - 0989767

CMH   15467

Attorney / Client: CONNOLLY, BOVE, LODGE & HUTZ LLP
1007 NORTH ORANGE ST. PO BOX 2207
WILMINGTON, DE 19899
Phone: 302-658-9141
File No. CA NO 07-418

RETURN TO: NCS 4250 VETERANS HWY SUITE 4000 W, HOLBROOK, NY 11741 (110072)