Index No. C.A. NO. 07-418 (JJF)
Filed on

**UNITED STATES DISTRICT COURT**

HENRY G. CARTER

-against-

INDEPENDENT PRODUCTIONS, INC., a Pennsylvania corporation, et al.

**AFFIDAVIT OF PROCESS SERVER**

STATE OF __DELAWARE__, COUNTY OF: __NEW CASTLE__ .: (PROCESS SERVER): __Jeffrey L. Butler__, being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of __Delaware__. That on __May 28, 2008__, at __1:38__ pm/am at __1745 NEW LONDON ROAD KEMBLESVILLE, PA 19347__ I served the JURY OF TWELVE DEMANDED bearing Index # C.A. NO. 07-418 (JJF), Upon WILLIAM A. HUTCHINGS, III, CPA,

[ ] **INDIVIDUAL**
by personally delivering a true copy thereof to said recipient, known by deponent to be said person therein.

[ ] **AGENCY / BUSINESS ENTITY**
_____, by delivering thereat a true copy of each to _____, known by deponent to be an authorized agent of the named defendant therein.

[X] **SUITABLE AGE PERSON**
by delivering a true copy of each to a person of suitable age and discretion, to wit: __Henry Horrocks, assistant to William A. Hutchings, III, CPA__, who verified that the intended recipient actually lives/works at this location.
(name / relationship)

[ ] **AFFIXING TO DOOR**
by affixing a true copy of each to the door of said premises, which is recipients usual place of abode or employment. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the dates and times below: Deponent verified that the Defendant lived/worked at said premises with _____.
(dates and times of attempts and other info:)

[ ] **MAILING COPY**
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to recipient at the above address and mailed same by first class mail by depositing in an official depository under exclusive care and custody of the U.S. Postal Service in the State of _____ on _____.
(state) (date)

[ ] **DESCRIPTION**
Sex: __M__ ; Color: __W__ ; Hair: __brown__ ; Approx. Age: __35__ ; Approx. Height: __5'11"__ ; Approx. Weight: __175 lbs__
Other: __beard and moustache__

[ ] **WITNESS FEE**
Deponent tendered to the recipient $_____ as traveling expenses, witness fee or other statutory fee.

[ ] **MILITARY SERVICE**
Deponent asked the person spoken to whether the recipient is currently on active duty in the U.S. military service or dependent on someone who is currently on active duty in the U.S. military service and was informed that he/she was not.

[ ] **NON-SERVICE**
Deponent could not effect service for the following reasons: (include attempts and reasons for non-service):

Sworn to before me on (date) __May 28, 2008__

(notary - sign and stamp)
NANCY BUTLER
NOTARY PUBLIC - DELAWARE
My Commission Expires July 1, 2010

(process server - sign and print name)
Jeffrey L. Butler

Attorney: CONNOLLY, BOVE, LODGE & HUTZ LLP
1007 NORTH ORANGE STREET
PO BOX 2207, WILMINGTON, DE 19899
Phone: 302-658-9141
File No. CA NO 07-418

NATIONAL PROCESS SERVICE
4250 VETERANS HWY SUITE 4000 W, HOLBROOK, NY 11741
Phone (631) 981-4400 (110072)
CMH HOB 15463