UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HENRY G. CARTER,<br><br>                        Plaintiff,<br><br>v.<br><br>INDEPENDENT PRODUCTIONS, INC., and<br>GEORGE THOROGOOD & THE<br>DESTROYERS, INC.<br><br>                        Defendants. | Civil Action No. 07-418-JJF |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Henry G. Carter and Defendants Independent Productions, Inc. and George Thorogood & The Destroyers, Inc., hereby stipulate to the dismissal with prejudice of any and all claims and counterclaims in this action. Each party will bear its own costs, expenses and attorneys' fees, and all rights of appeal are waived.

| | |
|---|---|
| CONNOLLY BOVE LODGE<br>      & HUTZ, LLP | ASHBY & GEDDES |
| | |
| /s/ James D. Heisman | /s/ Richard I. G. Jones, Jr. |
| James D. Heisman (I.D. #2746) | Richard I.G. Jones, Jr. (ID #3301) |
| 1007 North Orange Street | 500 Delaware Avenue, 8th Floor |
| P.O. Box 2207 | P.O. Box 1150 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9141 | (302) 654-1888 |
| jheisman@cblh.com | rjones@ashby-geddes.com |
| | |
| *Attorneys for Plaintiff* | - and - |

# 5496903_v1

Gordon P. Katz (BBO #261080)
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
gordon.katz@hklaw.com

*Attorneys for Defendants*

SO ORDERED this ___13___ day of __August__ 2008

_____
United States District Judge